**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: COMMERCIAL MONEY | : | Case No. 1:02cv16009 |
| CENTER, INC., EQUIPMENT | : | |
| LEASE LITIGATION | : | (MDL Docket No. 1490) |
| | : | |
| | : | JUDGE O'MALLEY |
| | : | |
| | : | <u>ORDER</u> |
| | : | |

The Court received notice on November 20, 2002 that Commercial Money Center, Inc. and Commercial Servicing Corporation entered bankruptcy (*see* Doc. 18 in 02-16000). As to these Defendants, therefore, this case is **DISMISSED** without prejudice, subject to reopening by motion from either party, upon resolution of or relief from the bankruptcy proceedings.

    **IT IS SO ORDERED.**

                                                         s/Kathleen M. O'Malley
                                                         KATHLEEN McDONALD O'MALLEY
                                                         UNITED STATES DISTRICT JUDGE

**Dated: April 20, 2006**